IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 00-cv-01725-RPM

TANIS ALDRIDGE,

        Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____

ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND ORDER
AWARDING ATTORNEY'S FEES AND COSTS
_____

     In a Memorandum Opinion and Order entered on October 13, 2005, this Court described the struggle of Tanis Aldridge with the Social Security Administration bureaucracy to evaluate fairly her claim for disability which has gone on for seven years. On January 13, 2006, the Court entered an award of attorney's fees and costs after considering the defendant's strenuous opposition. Now, the defendant seeks to alter or amend that order, claiming that this Court has confused the question of whether there was sufficient evidence to support the denial decision with whether the Commissioner's position was substantially justified. This Court is not confused. As previously noted, the Appeals Council, itself, found that two prior ALJ decisions were unsupported and had specifically directed that a new hearing be held before a different ALJ. That hearing was reviewed by this Court and for the reasons stated in the Memorandum Opinion and Order, the ALJ was found to have failed in his duty to give a fair evaluation to the claim of Ms. Aldridge. What

has been shown by the extensive administrative record in this case is not only a failure to show sufficient evidence to support a denial of benefits; it demonstrates a stubborn and unjustified insistence in denying disability and benefits regardless of the evidence put before three administrative law judges. Plaintiff's counsel in responding to the defendant's motion has asked for additional compensation for responding to the motion. That request is denied. At long last, this matter should be concluded and the benefits should be awarded or an appeal taken. It is

ORDERED that the defendant's motion is denied.

DATED: February 24th, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge